IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

    Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

ORDER FOR INITIAL RESPONSE
_____

Upon preliminary review of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed on May 19, 2015, and pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is

ORDERED that on or before June 26, 2015, the Respondents shall file an initial response stating whether any claim is barred by a failure to exhaust state remedies, a procedural bar or a statute of limitations.

DATED:  May 27th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

      I certify that a copy of the foregoing Order for Initial Response was mailed via U.S. Mail to the following:

Cynthia Coffman
Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

DATED: April 6, 2015

                              JEFFREY P. COLWELL, Clerk

                              Kathy Terasaki
                     By_____
                             Deputy