IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

     Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

     Respondents.

_____

## ORDER TO PROVIDE STATE COURT RECORD
_____

Upon review of the Unopposed Motion for Order Directing Respondents to Provide State Court Record [Doc. 12], it is

ORDERED that Respondents shall, within 30 days, provide to the Court, in electronic format if possible, all available portions of the state court record in the case of *People v. Sue*, Park County District Court case 01CR37, including all documents in the state court file and transcripts of all proceedings conducted in the state court, including physical evidence relevant to the claim.

DATED:   August 3, 2015

                                                          BY THE COURT:

                                                          s/Richard P. Matsch
                                                          _____
                                                          Richard P. Matsch, Senior Judge