IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

    Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

ORDER SETTING TIME TO REPLY
_____

Pursuant to Rule 5(e) of the Rules Governing § 2254 cases, it is

ORDERED that the Applicant may submit a Reply to the Respondents' Answer on or before October 26, 2015.

    DATED:    September 24th, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior Judge