IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

     Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

     Respondents.

_____

ORDER GRANTING UNOPPOSED MOTION TO ACCEPT MR. SUE'S REPLY TO RESPONDENTS' ANSWER [DOC. 20] AS TIMELY FILED AND TO PERMIT FILING OF CORRECTED VERSION WITH CORRECTED CERTIFICATE OF SERVICE
_____

     Upon review of Applicant's unopposed motion to accept Mr. Sue's reply to respondents' answer as timely filed and to permit filing of corrected version with corrected certificate of service, it is

     ORDERED that the motion is granted.

     DATED:   December 1st, 2015

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge