IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

    Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

## JUDGMENT
_____

    Pursuant to the Order for Dismissal entered by Senior Judge Richard P. Matsch on January 25, 2016, it is

    ORDERED and ADJUDGED that this civil action is dismissed.

    DATED:   January 25th, 2016

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                           s/M. V. Wentz

                      By_____
                              Deputy