IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

    Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

ORDER DENYING MOTION TO VACATE AND RECONSIDER ORDER FOR
DISMISSAL AND JUDGMENT
_____

    Upon consideration of the Motion to Vacate and Reconsider January 25, 2016 Order for Dismissal and Judgment [Doc. 32], it is

    ORDERED that the motion is denied.

    DATED:   March 4th, 2016

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge