IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01055-RPM

SIMON SUE,

      Applicant,

v.

KRIS KLINE, Warden, Kit Carson Correctional Center and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

      Respondents.

_____

ORDER DENYING MOTION TO ALTER OR AMEND FINDINGS
_____

      Upon consideration of the Motion to Alter or Amend Findings in Court's January 25, 2016 Order for Dismissal and Judgment [Doc. 33], it is

      ORDERED that the motion for certificate of appealability is denied.

      DATED:    March 4th, 2016

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge